UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) Criminal No. 05-10075-MLW<br>) |
| v. | ) VIOLATIONS:<br>) |
| 1. RAFAEL GONZALEZ,<br>2. JUAN JOSE RODRIGUEZ, and<br>3. OMAR GONZALEZ<br><br>        Defendants. | ) 21 U.S.C. § 963 - Conspiracy to<br>) Import Heroin and Cocaine<br>)<br>) 21 U.S.C. § 952(a) - Illegal<br>) Importation of Heroin<br>)<br>) 21 U.S.C. § 952(a) - Illegal<br>) Importation of Cocaine<br>)<br>) 21 U.S.C. § 846 - Conspiracy to<br>) Distribute and Possess with<br>) Intent to Distribute Heroin<br>) and Cocaine<br>)<br>) 18 U.S.C. § 2 - Aiding and<br>) Abetting<br>)<br>) 8 U.S.C. § 1326 - Unlawful<br>) Reentry Into the United States<br>) After Deportation<br>)<br>) 21 U.S.C. § 853 - Criminal<br>) Forfeiture<br>) |

INDICTMENT

COUNT ONE:    (21 United States Code, Section 963 - Conspiracy
              to Import Heroin and Cocaine)

The Grand Jury charges that:

    From an unknown date but at least by in or about February of 2005 and continuing until on or about February 25, 2005 at Boston in the District of Massachusetts, at Guatemala, at San

2

Salvador, El Salvador, and elsewhere,

        **1. RAFAEL GONZALEZ,**
    **2. JUAN JOSE RODRIGUEZ, and**
        **3. OMAR GONZALEZ,**

defendants herein, knowingly and intentionally combined, conspired and agreed with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, namely Guatemala, a quantity of Heroin, a Schedule I controlled substance, and Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

    It is further alleged that the conspiracy involved one hundred (100) grams or more of a mixture and substance containing a detectable amount of Heroin, a Schedule I controlled substance, and five hundred (500) grams or more of a mixture and substance containing Cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(A) and (B) apply to this offense.

    All in violation of Title 21, United States Code, Section 963.

3

**COUNT TWO:**     (21 United States Code, Section 952(a) - Illegal Importation of Heroin; 18 United States Code, Section 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about February 25, 2005, at Boston in the District of Massachusetts,

     **1. RAFAEL GONZALEZ,**
    **2. JUAN JOSE RODRIGUEZ, and**
     **3. OMAR GONZALEZ,**

defendants herein, in furtherance of the conspiracy charged in Count One, did knowingly, intentionally and unlawfully import into the United States, from a place outside thereof, namely Guatemala, a quantity of Heroin, a Schedule I controlled substance.

It is further alleged that this offense involved one hundred (100) grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(A) applies to this offense.

All in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

4

**COUNT THREE:** (21 United States Code, Section 952(a) - Illegal Importation of Cocaine; 18 United States Code, Section 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about February 25, 2005, at Boston in the District of Massachusetts,

    **1. RAFAEL GONZALEZ,**
    **2. JUAN JOSE RODRIGUEZ, and**
    **3. OMAR GONZALEZ,**

defendants herein, in furtherance of the conspiracy charged in Count One, did knowingly, intentionally and unlawfully import into the United States, from a place outside thereof, namely Guatemala, a quantity of Cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(A) applies to this offense.

All in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

5

**COUNT FOUR:**     **(21 U.S.C. § 846 - Conspiracy To Distribute and To Possess with Intent To Distribute Controlled Substances)**

The Grand Jury charges that:

Beginning in or about February 2005 and continuing to on or about February 25, 2005, at Boston in the District of Massachusetts, at Guatemala, at San Salvador, El Salvador, and elsewhere,

    **1. RAFAEL GONZALEZ and**
    **2. JUAN JOSE RODRIGUEZ**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute: (1) Heroin, a Schedule I controlled substance, and (2) Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved 100 grams or more of a mixture or substance containing a detectable amount of Heroin. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) is applicable to this offense.

The Grand Jury further charges that the conspiracy described herein involved 500 grams or more of a mixture or

6

substance containing a detectable amount of Cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 846.

**COUNT FIVE:**    (8 U.S.C. § 1326 - Illegal Re-entry of Deported Alien)

The Grand Jury further charges that:

On or about February 25, 2005, at Boston in the District of Massachusetts, and elsewhere,

**1. RAFAEL GONZALEZ**

defendant herein, being an alien and having been excluded, deported and removed from the United States, was in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

8

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Count One through Count Four of this indictment,

      1. **RAFAEL GONZALEZ,**
      2. **JUAN JOSE RODRIGUEZ,** and
      3. **OMAR GONZALEZ,**

defendants herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United

9

States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

10

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 23, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK @ 11:35 AM

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                    U.S. District Court - District of Massachusetts

**Place of Offense:**            Category No. __II__          Investigating Agency __ICE__

City _____      Related Case Information:

County __Suffolk__               Superseding Ind./ Inf. _____   Case No. _____
                                 Same ____x____   New ____
                                 Magistrate Judge Case Number  __05-M-0412-RBC__
                                 Search Warrant Case  _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant    __Juan Jose Rodriguez__                 Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   __43 Frederick Street, Framingham, MA__

Birth  __5/20/74__   SS#: _____   Sex: __M__   Race: __Hispanic__   Nationality __Dominican__

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  __William Bloomer__                    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No       List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:  __2/25/05__

☒ Already in Federal Custody as  __2/25/05__  in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:     ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:     ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 23, 2005        Signature of AUSA: _William Bloomer_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**   Juan Jose Rodriguez

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC §952 & 960 | Illegal importation of Cocaine | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

omar gonzalez js45.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**        Category No. __II__        Investigating Agency __ICE__

City _____        Related Case Information:

County __Suffolk__        Superseding Ind./ Inf. _____        Case No. _____
Same __x__   New
Magistrate Judge Case Number __05-M-0412-RBC__
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant    __Rafael Gonzalez__        Juvenile  ☐ Yes  ☒ No

Alias Name   __"Flavio, Herrate Alverez"__

Address   __43 Frederick Street, Framingham, MA__

Birth __4/12/70__   SS#: _____   Sex: __M__   Race: __Hispanic__   Nationality __Guatamalan__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  __William Bloomer__        Bar Number if applicable _____

Interpreter:  ☒ Yes   ☐ No        List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:  __2/25/05__

☒ Already in Federal Custody as   __2/25/05__   in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____   on _____

Charging Document:   ☒ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 23, 2005        Signature of AUSA:  *William Bloomer (jlm)*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy  _____

**Name of Defendant**     Rafael Gonzalez  _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC §952 & 960 | Illegal importation of Cocaine | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**  _____

_____

_____

omar gonzalez js45.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**　　　　　　　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:**　　　　　　Category No. **II**　　　Investigating Agency **ICE**

City　　　　　　　　　　　　　　Related Case Information:

County **Suffolk**

Superseding Ind./ Inf. _____　Case No. _____
Same Defendant **x**　　　New Defendant _____
Magistrate Judge Case Number **05-M-0409-RBC**
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Omar Gonzalez**　　　　Juvenile ☐ Yes ☒ No

Alias Name _____

Address **11542 Willake Street, Santa Fe Springs, California 90670**

Birth date: **2/14/86**　SS#: _____　Sex: **M**　Race: **Hispanic**　Nationality: **US Citizen**

Defense Counsel if known: _____　Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **William Bloomer**　　　　Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No　　List language and/or dialect: _____

Matter to be SEALED: ☒ Yes ☐ No

☐ Warrant Requested　　☐ Regular Process　　☒ In Custody

**Location Status:**

Arrest Date: **2/25/05**

☒ Already in Federal Custody as **2/25/05** in _____
☐ Already in State Custody _____　☐ Serving Sentence　☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:　☒ Complaint　☐ Information　☒ Indictment

Total # of Counts:　☐ Petty ___　☐ Misdemeanor ___　☒ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☒　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **March 23, 2005**　　Signature of AUSA: *William Bloomer*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**    Omar Gonzalez

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC §952 & 960 | Illegal importation of Cocaine | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

_____

omar gonzalez js45.wpd - 3/13/02