UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 05-10075-MLW |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1. RAFAEL GONZALEZ, | ) 21 U.S.C. § 963 - Conspiracy to |
| 2. JUAN JOSE RODRIGUEZ, and | ) Import Heroin and Cocaine |
| 3. OMAR GONZALEZ | ) |
| | ) 21 U.S.C. § 952(a) - Illegal |
| Defendants. | ) Importation of Heroin |
| | ) |
| | ) 21 U.S.C. § 952(a) - Illegal |
| | ) Importation of Cocaine |
| | ) |
| | ) 21 U.S.C. § 846 - Conspiracy to |
| | ) Distribute and Possess with |
| | ) Intent to Distribute Heroin |
| | ) and Cocaine |
| | ) |
| | ) 18 U.S.C. § 2 - Aiding and |
| | ) Abetting |
| | ) |
| | ) 8 U.S.C. § 1326 - Unlawful |
| | ) Reentry Into the United States |
| | ) After Deportation |
| | ) |
| | ) 21 U.S.C. § 853 - Criminal |
| | ) Forfeiture |
| | ) |

SUPERSEDING INDICTMENT

COUNT ONE:    (21 United States Code, Section 963 - Conspiracy
to Import Heroin and Cocaine)

The Grand Jury charges that:

From an unknown date but at least by in or about February of

2005 and continuing until on or about February 25, 2005 at

Boston in the District of Massachusetts, at Guatemala, at San

2

Salvador, El Salvador, and elsewhere,

**1. RAFAEL GONZALEZ,**
**2. JUAN JOSE RODRIGUEZ, and**
**3. OMAR GONZALEZ,**

defendants herein, knowingly and intentionally combined, conspired and agreed with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, namely Guatemala, a quantity of Heroin, a Schedule I controlled substance, and Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

It is further alleged that the conspiracy involved one hundred (100) grams or more of a mixture and substance containing a detectable amount of Heroin, a Schedule I controlled substance, and five hundred (500) grams or more of a mixture and substance containing Cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(A) and (B) apply to this offense.

All in violation of Title 21, United States Code, Section 963.

3

**COUNT TWO:**    **(21 United States Code, Section 952(a) - Illegal Importation of Heroin; 18 United States Code, Section 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about February 25, 2005, at Boston in the District of Massachusetts,

**1. RAFAEL GONZALEZ,**
**2. JUAN JOSE RODRIGUEZ, and**
**3. OMAR GONZALEZ,**

defendants herein, in furtherance of the conspiracy charged in Count One, did knowingly, intentionally and unlawfully import into the United States, from a place outside thereof, namely Guatemala, a quantity of Heroin, a Schedule I controlled substance.

It is further alleged that this offense involved one hundred (100) grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(A) applies to this offense.

All in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

4

**COUNT THREE:** **(21 United States Code, Section 952(a) - Illegal Importation of Cocaine; 18 United States Code, Section 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about February 25, 2005, at Boston in the District of Massachusetts,

## 1. RAFAEL GONZALEZ,
## 2. JUAN JOSE RODRIGUEZ, and
## 3. OMAR GONZALEZ,

defendants herein, in furtherance of the conspiracy charged in Count One, did knowingly, intentionally and unlawfully import into the United States, from a place outside thereof, namely Guatemala, a quantity of Cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(B) applies to this offense.

All in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

5

**COUNT FOUR:** **(21 U.S.C. § 846 - Conspiracy To Distribute and To Possess with Intent To Distribute Controlled Substances)**

The Grand Jury charges that:

Beginning in or about February 2005 and continuing to on or about February 25, 2005, at Boston in the District of Massachusetts, at Guatemala, at San Salvador, El Salvador, and elsewhere,

### 1. RAFAEL GONZALEZ and
### 2. JUAN JOSE RODRIGUEZ

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute: (1) Heroin, a Schedule I controlled substance, and (2) Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved 100 grams or more of a mixture or substance containing a detectable amount of Heroin. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) is applicable to this offense.

The Grand Jury further charges that the conspiracy described herein involved 500 grams or more of a mixture or

6

substance containing a detectable amount of Cocaine.

Accordingly, Title 21, United States Code, Section

841(b)(1)(B)(ii) is applicable to this offense.


All in violation of Title 21, United States Code, Section

846.

7

## COUNT FIVE:    (8 U.S.C. § 1326 - Illegal Re-entry of Deported Alien)

The Grand Jury further charges that:

On or about February 25, 2005, at Boston in the District of Massachusetts, and elsewhere,

### 1. RAFAEL GONZALEZ

defendant herein, being an alien and having been excluded, deported and removed from the United States, was in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

8

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the offenses alleged in Count One through Count Four of this indictment,

### 1. RAFAEL GONZALEZ,
### 2. JUAN JOSE RODRIGUEZ, and
### 3. OMAR GONZALEZ,

defendants herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United

9

States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

10

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; April 13, 2005 @ 2:45 PM

Returned into the District Court by the Grand Jurors and

filed.

DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No. **II**_____    **Investigating Agency** **ICE**_____

**City** _____    **Related Case Information:**

**County** **Suffolk**_____    Superseding Ind./ Inf. **X**_____    **Case No.** _____
Same _____    **New** _____
**Magistrate Judge Case**    **05-M-0412-RBC**_____
**Search Warrant Case** _____
**R 20/R 40 from District** _____

**Defendant Information:**

**Defendant** ____**Rafael Gonzalez**_____    **Juvenile** ☐ Yes   ☒ No

**Alias Name** **"Flavio, Herrate Alverez"**_____

**Address** ___**43 Frederick Street, Framingham, MA**_____

**Birth** __**4/12/70**___ SS#: _____ Sex: **M**__ Race: **Hispanic**_____ Nationality **Guatemalan**_____

**Defense Counsel if known:** _____    **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __**William Bloomer**_____    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes   ☐ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes   ☒ No

     ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** ___**2/25/05**_____

☒ **Already in Federal Custody as** ___**2/25/05**_____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** _____ **on** _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony** **5**_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date: April 13, 2005**    Signature of *AUSA* _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant    Rafael Gonzalez

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set  21 USC §963 | Conspiracy to Import Heroin and Cocaine | One |
| Set  21 USC §952(a) | Illegal Importation of Heroin | Two |
| Set  21 USC §952(a) | Illegal Importation of Cocaine | Three |
| Set  21 USC §846 | Conspiracy to Distribute Heroin and Cocaine | Four |
| Set  8 USC §1326 | Unlawful Reentry into US after Deportation | Five |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION:

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 Category No. __II__            **Investigating Agency** __ICE__

**City** _____            **Related Case Information:**

**County** __Suffolk__                Superseding Ind./ Inf. __X__          **Case No.** _____
                                      Same _____    New _____
                                      Magistrate Judge Case    __05-M-0412-RBC__
                                      Search Warrant Case    _____
                                      R 20/R 40 from District    _____

**Defendant Information:**

**Defendant** __Juan Jose Rodriguez_____        **Juvenile**   ☐ Yes   ☒ No

**Alias Name** _____

**Address** __43 Frederick Street, Framingham, MA_____

**Birth** __5/20/74__ SS#: _____ Sex: __M__ Race: __Hispanic__ Nationality __Dominican__

**Defense Counsel if known:** _____  **Address:** _____
                                                             _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __William Bloomer_____        **Bar Number if applicable** _____

**Interpreter:** ☒ Yes   ☐ No        **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes   ☒ No

       ☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

**Arrest Date:** __2/25/05_____

☒ Already in Federal Custody as __2/25/05_____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** April 13, 2005        **Signature of**    **AUSA**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy

**Name of Defendant**    Juan Jose Rodriguez

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set  21 USC §963 | Conspiracy to Import Heroin and Cocaine | One |
| Set  21 USC §952(a) | Illegal Importation of Heroin | Two |
| Set  21 USC §952(a) | Illegal Importation of Cocaine | Three |
| Set  21 USC §846 | Conspiracy to Distribute Heroin and Cocaine | Four |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**

gonzalez js45 indictment.wpd - 3/13/02

%JS 45 (5/97) (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 Category No. _II_                **Investigating Agency** _ICE_

**City** _____                **Related Case Information:**

**County** _Suffolk_                Superseding Ind./ Inf. _X_                Case No. _____
                                    Same Defendant _____    New _____
                                    Magistrate Judge Case Number _05-M-0409-RBC_
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Omar Gonzalez_                Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _11542 Willake Street, Santa Fe Springs, California 90670_

Birth date: _2/14/86_    SS#: _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_   Sex: _M_   Race: _Hispanic_    Nationality: _US Citizen_

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _William Bloomer_                **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

**Arrest Date:** _2/25/05_

☒ Already in Federal Custody as _2/25/05_    in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____   on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _3_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  April 13, 2005        Signature of _AUSA_ _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy** _____

**Name of Defendant    Omar    Gonzalez** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set  21 USC §963 | Conspiracy to Import Cocaine and Heroin | One |
| Set  21 USC §952(a) | Illegal Importation of Heroin | Two |
| Set  21 USC §952(a) | Illegal Importation of Cocaine | Three |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

gonzalez js45 indictment.wpd - 3/13/02