IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | )     Crim. No. 05-10075-MLW |
| JUAN JOSE RODRIGUEZ, | ) |
| OMAR GONZALES, and | ) |
| RAFAEL GONZALEZ | ) |
| | ) |

### NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as counsel for the United States in the captioned matter.  Assistant United States Attorney William Bloomer will also remain as counsel for the government in this matter.

> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:
>
> _/s Denise Jefferson Casper
> DENISE JEFFERSON CASPER
> Assistant U.S. Attorney
> (617) 748-3120

Dated: May 20, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person

listed below a copy of the foregoing document by depositing in the

United States mail a copy of same in an envelope bearing sufficient

postage for delivery:


        Barry Wilson
        Barry P. Wilson Law Offices
        240 Commercial Street
        Suite 5A
        Boston, MA 02109

        Michael J. Liston
        2 Park Plaza
        Suite 610
        Boston, MA 02116

        John E. Wall
        Law Office of John Wall
        1 Commercial Wharf West
        Boston, MA 02110

    This 20th day of May 2005.


                             /s Denise Jefferson Casper
                            DENISE JEFFERSON CASPER
                            ASSISTANT UNITED STATES ATTORNEY