

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

May 24, 2005

Michael J. Liston, Esq.
2 Park Plaza
Suite 610
Boston, MA 02116

John E. Wall, Esq.
Law Office of John Wall
1 Commercial Wharf West
Boston, MA 02110

Barry P. Wilson, Esq.
Barry P. Wilson Law Offices
240 Commercial Street
Suite 5A
Boston, MA 02109



   **Re: U.S. v. Juan Jose Rodriguez et al.,**
        **Crim. 05-10075-MLW**

Dear Counsel:

     As requested by the Court, I am writing to you about the status of automatic discovery in the captioned matter.  I have conferred with my colleague, Bill Bloomer, who informs me that automatic discovery was provided to you on April 22, 2005. (A copy of the automatic discovery letter was filed with the Court on April 22, 2005).  I understand that Bill supplemented the April 22nd production to you on or about May 16, 2005.  The government's automatic discovery to you is now complete.

     As Bill informed you in both his April 22nd and May 16th discovery letters, he would be trying a case for several weeks beginning on May 2, 2005, but if there was any matter that needed

Counsel in <u>U.S. v. Juan Jose Rodriguez et al.</u>
May 24, 2005
Page 2

immediate attention, you could contact the supervisor of our unit, Michael Pelgro. I understand from Mike that he has not contacted by any of you regarding this matter.

    Please note that you may inspect the discovery (or the originals of discovery) by contacting the case agent, Special Agent Ryan Arnold directly at (617) 828-4593.

    I understand that a further initial status conference will be held on June 2, 2005 at 11:00 a.m. As the jury in Bill's case is now deliberating, we expect that Bill will be available to attend the conference. If not, I will plan to attend in his place. In the meantime, please feel free to contact me with any questions at the telephone number listed below.

    Thanks.

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:   <u>/s Denise Jefferson Casper</u>
                          DENISE JEFFERSON CASPER
                          Assistant U.S. Attorney
                          (617) 748-3120

cc:  Clerk, U.S. District Court (via electronic filing)
     Chambers of the Honorable Robert B. Collings
     AUSA William Bloomer