```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )
        v.                    )   Criminal No. 05-10075-MLW
                              )
RAFAEL GONZALEZ et al.        )
                              )
                              )
_____)
```

**JOINT MEMORANDUM FOR INITIAL STATUS CONFERENCE**

Pursuant to Local Rule 116.5(A), the government and Defendants Rafael Gonzalez, Juan Jose Rodriguez and Omar Gonzalez by and through their attorneys (collectively, "the parties") report as follows:

1. No relief need be granted from the otherwise applicable timing requirements under Local Rule 116.3.

2. Defendants request expert discovery. The parties propose the following schedule for expert disclosures: i) government's expert disclosures are due 30 days before trial; and ii) defendants' expert disclosures are due 15 days before trial.

3. The government's automatic discovery is complete and the parties do not anticipate any additional discovery at this time. As the government has previously informed counsel, the tangible items and the originals of the copies of documents provided with the government's automatic discovery letter remain available for inspection.

4. Defendant Omar Gonzalez does not seek a deadline for filing

-1-

any suppression motion. Defendants Rafael Gonzalez and Juan Jose Rodriguez seek time for filing motions to suppress and respectfully request that the Court allow them thirty days from the June 2, 2005 initial status conference to file any such motions.

5. Speedy Trial Act

   a. The parties respectfully request that the Court exclude the twenty-eight (28) day period of automatic discovery between March 29, 2005 and April 26, 2005 pursuant to 18 U.S.C. §3161(h)(8)(A) and Local Rule 112.2(A)(2).

   b. If the Court grants the request to allow Defendants Rafael Gonzalez and Juan Jose Rodriguez to have thirty days to file any motions to suppress, the parties respectfully request that the Court exclude this thirty-day period pursuant to 18 U.S.C. §3161(h)(8)(A).

6. Although the parties may have discussions about resolution of this case short of trial, trial is anticipated at this point. If the case proceeds to trial, the parties anticipate that it will last 5-7 trial days.

7. The parties request that the Court set a Final Status Conference in this matter at a time after the government's opposition to any motions to suppress is due.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:

                                     <u>/s Denise Jefferson Casper</u>
                                      WILLIAM BLOOMER
                                      DENISE JEFFERSON CASPER
                                      Assistant U.S. Attorney
                                    (617) 748-3120


RAFAEL GONZALEZ
By his attorney,

<u>/s Michael J. Liston/DJC</u>
Michael J. Liston, Esq.
2 Park Plaza
Suite 610
Boston, MA 02116


JUAN JOSE RODRIGUEZ
By his attorney,

<u>/s Barry Wilson/DJC</u>
Barry Wilson, Esq.
Barry P. Wilson Law Offices
240 Commercial Street
Suite 5A
Boston, MA 02109

OMAR GONZALEZ
By his attorney,

<u>/s John E. Wall/DJC</u>
John E. Wall, Esq.
Law Office of John Wall
1 Commercial Wharf West
Boston, MA 02110

DATE:      June 1, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing and depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

  Barry Wilson
  Barry P. Wilson Law Offices
  240 Commercial Street
  Suite 5A
  Boston, MA 02109

  Michael J. Liston
  2 Park Plaza
  Suite 610
  Boston, MA 02116

  John E. Wall
  Law Office of John Wall
  1 Commercial Wharf West
  Boston, MA 02110

This 1st day of June 2005.

        /s Denise Jefferson Casper
        DENISE JEFFERSON CASPER
        ASSISTANT UNITED STATES ATTORNEY