# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                CRIMINAL NO. 2005-10075-MLW

RAFAEL GONZALEZ,
JUAN JOSE RODRIGUEZ,
OMAR GONZALEZ,
    Defendants.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    3/23/2005 - Indictment returned.

    3/29/2005 - Arraignment

    3/30 - 4/28/2005 - Excluded as per L.R. 112.2(A)(2)

    4/29/2005 - Arraignments on Superseding Indictment held.

    5/20/2005 - Conference held.

    6/2/2005 - Conference held.

6/3 - 7/7/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of July 8, 2005, THIRTY-SEVEN (37) non-excludable days will have occurred leaving THIRTY-EIGHT (38) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 2, 2005.