# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                         CRIMINAL NO. 2005-10075-MLW

RAFAEL GONZALEZ,
JUAN JOSE RODRIGUEZ,
OMAR GONZALEZ,
       Defendants.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on June 2, 2005; counsel for the defendants were present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;*

  the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., ***not less than twenty-one (21) working days before trial.***

(3) No.

(4) Any non-discovery type motions shall be filed ***on or before the close of business on Thursday, July 7, 2005;*** the Government shall file its response/opposition within the time provided in the Local Rules.

(5) *See* Order of Excludable Delay entered this date.

(6) It is unknown whether a trial will be necessary; a trial would last seven days.

(7) The Final Status Conference is set for ***Thursday, July 14, 2005 at 3:15 P.M.***

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 2, 2005.