UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>VS. )<br>)<br>RAFAEL GONZALES et al., )<br>    Defendant. ) | CRIMINAL NO. 05-10075-MLW |

## MOTION TO WITHDRAW

    Now comes the counsel, Barry P. Wilson, of defendant, Juan Rodriquez, and requests that he be allowed to withdraw as counsel.

    In support thereof, it is the understanding of counsel that Mr. Rodriquez has retained a new attorney and said attorney will be filing an appearance.

Respectfully submitted,
FOR THE DEFENDANT,

_____
Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, Massachusetts 02109
(617) 248-8979

Dated: 6/27/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS. )<br>)<br>RAFAEL GONZALES et al., )<br>    Defendant. ) | CRIMINAL NO. 05-10075-MLW |

**CERTIFICATE OF SERVICE**

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within Motion to Withdraw to William F. Bloomer, A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

/s/ Barry P. Wilson
Barry P. Wilson

Date: 6/25/05