```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 05-10075-MLW |
| JUAN JOSE RODRIGUEZ, ) | |
| OMAR GONZALES, and ) | |
| RAFAEL GONZALEZ ) | |
| ) | |

**NOTICE OF WITHDRAWAL**

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter that is now pending appeal. Undersigned counsel notes that she is leaving the employ of the United States Attorney's Office. Assistant U.S. Attorney William Bloomer will remain as counsel for the government in this matter.

```
                         MICHAEL J. SULLIVAN
                         United States Attorney

                         By:

                         /s Denise Jefferson Casper
                         DENISE JEFFERSON CASPER
                         Assistant U.S. Attorney
                         (617) 748-3120
```

Dated: July 12, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Barry Wilson
    Barry P. Wilson Law Offices
    240 Commercial Street
    Suite 5A
    Boston, MA 02109

    Michael J. Liston
    2 Park Plaza
    Suite 610
    Boston, MA 02116

    John E. Wall
    Law Office of John Wall
    1 Commercial Wharf West
    Boston, MA 02110

This 12th day of July 2005.

    /s Denise Jefferson Casper
    DENISE JEFFERSON CASPER
    ASSISTANT UNITED STATES ATTORNEY