UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )    CRIMINAL NO.: 05-10075-MLW
        v.                      )
                                )
RAFAEL GONZALEZ, et al.         )


          **JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)**

   The United States of America and defendants Rafael Gonzalez and Omar Gonzalez, by and through their respective counsel, hereby submit this joint memorandum addressing the issues set forth in Local Rule 116.5(C)(1) through Local Rule 116.5(C)(9) in anticipation of the status conference currently scheduled for July 14, 2005.[1]

**Local Rule 116.5(C)(1)**

   There are no outstanding discovery issues that have not been presented to or resolved by the Court.

**Local Rule 116.5(C)(2)**

   At this time, no party anticipates that additional discovery will be provided, other than as required by Local Rule 116.2(B)(2).  Notwithstanding that no additional discovery is anticipated, the parties recognize their duty to supplement if additional discoverable items are located.  No party anticipates that it will present expert testimony.  However, should the

---

[1] Counsel for defendant Juan Jose Rodriguez has filed a motion to withdraw; that motion is pending.

parties be unable to stipulate as to the chemical analysis of the substances seized in this case, the government will provide such information as to its chemist as is required under Fed. R. Crim. P. 16(a)(1)(E) no later than two weeks before trial.

**Local Rule 116.5(C)(3)**

No defendant intends to raise a defense of insanity or public authority.

**Local Rule 116.5(C)(4)**

The government has not yet requested that any defendant provide notice of alibi.

**Local Rule 116.5(C)(5)**

No defendant has filed any motions to sever or dismiss or suppress.  At this time, no defendant has indicated that he anticipates filing any other motion that will require a ruling from the District Court before trial.  Counsel for Juan Jose Rodriguez has filed a motion to withdraw (docket no. 31); that motion remains pending.

**Local Rule 116.5(C)(6)**

The parties do not request the setting of a schedule concerning any non-trial matter, with the exception of a further final status conference approximately four weeks from now.  The parties submit that the additional time will allow for the negotiation of any necessary plea agreements, and for the appointment of new counsel for Rodriguez.

**Local Rule 116.5(C)(7)**

The parties have discussed generally the possibility of an early resolution of the case short of trial. Defendant Omar Gonzalez has indicated that he will resolve the case short of trial.  Rafael Gonzalez has indicated that he is considering resolving the case short of trial.  At this time, both of these parties are considering resolution, and would request an additional four weeks in order to make that determination. The parties agree that exclusion of the time from today's date until the date of the further status conference, for Speedy Trial Act purposes, is in the interest of justice.

**Local Rule 116.5(C)(8)**

The parties agree with the prior order of excludable delay entered by the Court on June 2, 2005.  The government submits that the time from July 7, 2005 (the final date of excludable time, per docket no. 28) to the present is subject to exclusion, as Gonzalez's motion for new counsel is pending.  (In addition, as noted in the prior paragraph, the parties seek additional time in order to resolve the case, and such exclusion is therefore in the interests of justice).  Thus, per the Court's order of June 2, 2005 (docket no. 28), with the requests noted above, 38 days remain before trial must begin.

**Local Rule 116.5(C)(9)**

In the event that this case proceeds to trial, the parties estimate that the trial would last five to seven days.

**Other Matters**

None.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By: /s/ Denise Jefferson Casper
                          DENISE JEFFERSON CASPER
                          Assistant U.S. Attorney


/s Michael J. Liston/REH
MICHAEL J. LISTON
Counsel to Rafael Gonzalez


_____
BARRY WILSON
Counsel to Juan Jose Rodriguez


/s John E. Wall/REH
JOHN E. WALL
Counsel to Omar Gonzalez


Dated: July 14, 2005