# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2005-10075-MLW

RAFAEL GONZALEZ,
JUAN JOSE RODRIGUEZ,
OMAR GONZALEZ,
    Defendant.

## ORDER AFTER
## FINAL STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5(C)

COLLINGS, U.S.M.J.

A Final Status Conference was held on July 14, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)    No.

(2)    No. The timetable re: disclosure of expert reports was set at the Initial Status Conference.

(3) No.

(4) The government has not requested notice of alibi.

(5) No non-discovery type motions have been filed.

(6) No.

(7) A trial probably will not be necessary as to Rafael Gonzalez and Omar Gonzalez; a trial probably will be necessary as to Juan Jose Rodriguez. A trial would last about ten (10) days.

(8) *See* Further Order of Excludable Delay entered this date. **An Initial Pretrial Conference should be set AS SOON AS POSSIBLE..**

(9) Ten (10) days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Ten (10) days.

(6) Barry Wilson, Esquire, has filed a motion to withdraw (#31) as counsel for Juan Jose Rodriguez when successor counsel enters his or her appearance. *See* #32.

I RECOMMEND that the Court set the case down for an Initial Pretrial

Conference pursuant to Local Rule 117.1.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE WOLF'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 25, 2005.