UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


**UNITED STATES OF AMERICA**           )
                                       )    Criminal No. 05-10075-MLW
                                       )
            v.                         )
                                       )
**RAFAEL GONZALEZ,**                   )
**JUAN JOSE RODRIGUEZ, and**           )
**OMAR GONZALEZ**                      )
                                       )


### GOVERNMENT'S REQUEST FOR STATUS CONFERENCE AND MOTION FOR EXCLUDABLE TIME

The United States, through the undersigned attorney, respectfully requests a date for the next status conference. The United States further moves for exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 25, 2005, through and including the date of the next status conference.

As grounds therefore, the government offers the following. On July 25, 2005, Magistrate Judge Robert B. Collings issued an Order of Further Excludable Delay stating that, as of that date, fifty-four (54) non-excludable days had occurred leaving sixteen (16) days left to commence trial within the Speedy Trial Act. Judge Collings, however, also stated that when the Motion to Withdraw (filed by Rodriguez's then attorney Barry Wilson) was decided, there would be thirty-three (33) days within which to commence trial.

Since that date (July 25, 2005), the government has had ongoing plea discussion with counsel for Omar Gonzalez and Rafael

Gonzalez.  Both John Wall, who represents Omar Gonzalez, and Michael Liston, who represents Rafael Gonzalez, indicate that they have no objection to the exclusion of time.[1]  In these circumstances, the government states that the exclusion of time from July 25, 2005 through the date of the next status conference is in the interest of justice.  18 U.S.C. 3161(h)(8)(A).

In addition, the government submits that since July 25, 2005, a number of pretrial motions have been pending. Specifically, on July 26, 2005, Omar Gonzalez filed an *ex parte* motion, which was allowed on August 4, 2005.  That time period is properly excluded under 18 U.S.C. § 3161(h)(1)(F) and (J).  On August 9, 2005, Omar Gonzalez filed an additional *ex parte* motion, which was allowed on 15, 2005.  That time period also is properly excluded under 18 U.S.C. § 3161(h)(1)(F) and (J). Finally on August 12, 2005, Attorney Barry P. Wilson filed a Motion to Withdraw, which was initially denied on August 18, 2005, but was later allowed on August 30, 2005.  The government would submit that the time period between August 12, 2005, and August 30, 2005 is properly excluded under 18 U.S.C. § 3161(h)(1)(F) and (J).

WHEREFORE, the United States respectfully moves the court for a date for the next status conference, and it further moves

---

[1] The undersigned prosecutor has been unable to reach counsel for defendant Juan Jose Rodriguez prior to the filing of this motion.

for exclusion of time under the Speedy Trial Act, the period from July 25, 2005, through and including the date of the next status conference.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                By:   <u>/s/William F. Bloomer</u>
                      WILLIAM F. BLOOMER
                      Assistant U.S. Attorney