UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**　　　　　　　　　　　　　**CRIMINAL CASE**

　　　　　　　　　　　　　　　　　　　　　　　**NO. 05-10075-MLW**

　　　　V.

**RAFAEL GONZALEZ et al**
　　　　**Defendant(s)**


## NOTICE OF HEARING

**WOLF, D.J.**

　　PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on OCTOBER 5, 2005 at 3:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

　　　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


**September 26, 2005**　　　　　　　By:　/s/ Dennis O'Leary
　　Date　　　　　　　　　　　　　　　　Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)　　　　　　　　　　[ntchrgcnf.]
　　　　　　　　　　　　　　　　　　　　　　[kntchrgcnf.]