UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR05-10075

| United States of America | Rafael Gonzalez |
|---|---|
| PLAINTIFF | DEFENDANT |
| Michael Pelgro | Michael Liston |
|  | John Wall |
|  | William Keefe |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK  O'Leary            REPORTER  Twomey

CLERK'S NOTES

| DATES: | Pre-trial Conference |
|---|---|
| 10/5/05 | William Keefe not in attendance. Court proceeds without him. Court orders the clerk to call AUSA William Bloomer and have him report to the clerk's office. Parties present in the advise the court as to the status relative to their clients. Court recesses until Attorney Keefe arrives. Court resumes with all counsel present. Attorney Keefe informs the court of his clients assent to exclude time as requested in the government's motion to exclude time. Court excludes the time from 7/25/2005 through 11/14/2005 with all the defendants assent. Parties to file status report by 10/21/2005 regarding status of the case and any proposed schedule for the filing of motions. Further conference set for 11/14/2005. Plea as to Omar Gonzalez set for 10/18/05 at 3:00 provided that defense counsel files a confirmation 10/14/05. |