```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
          v.                      )   Cr. No. 05-10075-MLW
JUAN JOSE RODRIGUEZ,              )
RAFAEL GONZALEZ                   )
OMAR GONZALEZ                     )
```

ORDER

WOLF, D.J.                                           October 5, 2005

   For the reasons described in detail in court on October 5, 2005, it is hereby ORDERED that:

   1. The government's motion to exclude time under the Speedy Trial Act from July 25, 2005, through October 5, 2005, (Docket No. 43) is ALLOWED. In addition, with the agreement of the parties, the time from October 5, 2005, through November 14, 2005, is excluded because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A).

   2. Counsel for Omar Gonzalez shall, by October 14, 2005, confirm whether Omar Gonzalez intends to plead guilty. If so, Omar Gonzalez, his counsel and counsel for the United States shall attend a Rule 11 hearing on October 18, 2005, at 3:00 p.m.

   3. Counsel for the United States and counsel for defendants Juan Jose Rodriguez and Rafael Gonzalez shall confer and, by October 21, 2005, inform the court whether these defendants intend

to plead guilty.

    4. Counsel for each defendant shall, by October 21, 2005, notify the court whether they intend to file any motions to suppress and, if so, shall provide a proposed schedule for filing these motions.

    5. All parties, except those who have already pled guilty, shall attend a hearing on November 14, 2005, at 4:00 p.m.

    /s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE