# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

Case Number:    05-CR-10075-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

October 21, 2005
Date

Signature

Robert E. Richardson
Print Name        Bar Number

U.S. Attorney's Office, 1 Courthouse Way
Address

Boston     MA    02210
City       State       Zip Code

617-748-3247     617-748-3951
Phone Number       Fax Number