UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              |   |                    |
|------------------------------|---|--------------------|
| _____  | ) |                    |
| UNITED STATES OF AMERICA     | ) |                    |
|                              | ) |                    |
| v.                           | ) | CR: 05-10075-MLW   |
|                              | ) |                    |
| OMAR GONZALEZ                | ) |                    |
| _____  | ) |                    |

## DEFENDANT OMAR GONZALEZ' NOTICE OF HIS INTENTION TO PLEAD GUILTY

     Now comes Omar Gonzalez and confirms his intention to plead guilty in the above captioned matter.

                                         Respectfully submitted,
                                         Omar Gonzalez
                                         By his attorney,

                                         \_\_\_/s/\_\_\_ John Wall
                                       John Wall
                                       BBO # 513300
                                       One Commercial Wharf West
                                       Boston, MA 02110
                                       (Tel): 617 742-7996
                                       (Fax): 617 742-8604

Dated: Sunday, October 23, 2005