UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 05-10075-MLW |
| ) | |
| v. ) | |
| ) | |
| **RAFAEL GONZALEZ,** ) | |
| **JUAN JOSE RODRIGUEZ, and** ) | |
| **OMAR GONZALEZ** ) | |

## NOTICE OF WITHDRAWAL

Now comes the undersigned Assistant United States Attorney and hereby gives notice of his withdrawal as counsel for the United States of America in the above-captioned matter. Under separate cover, Assistant United States Attorney Robert Richardson has filed a notice of appearance in this matter and will now represent the government in this matter.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                    By:
                                          */S/William F. Bloomer*
                                          WILLIAM F. BLOOMER
                                          Assistant U.S. Attorney
                                          (617)748-3120

24 October 2005