UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**

                                                     **NO. 05-10075-MLW**
                    **V.**

**OMAR GONZALEZ**
             **Defendant(s)**

### NOTICE OF HEARING

**WOLF, D.J.**

   PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on **DECEMBER 6, 2005** at 10:45 A.M. before Judge Wolf in Courtroom # 19 on the 7th floor.

                                                     SARAH A. THORNTON
                                                     CLERK OF COURT

**December 2, 2005**                    **By:**   **/s/ Dennis O'Leary**
      **Date**                                    **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**                     [ntchrgcnf.]
                                                 [kntchrgcnf.]