# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10075   

United States of America                  Omar Gonzalez                  
        **PLAINTIFF**                          **DEFENDANT**

Robert Richardson                  John Wall                  

_____        _____

_____        _____

    **COUNSEL FOR PLAINTIFF**                **COUNSEL FOR DEFENDANT**

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow  

## CLERK'S NOTES

| DATES: | Change of Plea |
|--------|----------------|
| 12/6/05 | Defense counsel request to seal the proceeding is denied by the court.  Court will however seal the transcript |
| | of today's proceeding if it is prepared. |
| | Defendant takes the stand and is sworn. |
| | Plea colloquy started. |
| | Plea agreement marked as exhibit 1. |
| | Government summarizes the evidence had the case gone to trial. |
| | Defendant pleads guilty - court accepts the plea and directs the clerk to enter the same. |
| | Sentencing set for March 2, 2006 at 3:00 PM.  Procedural order to issue. |
| | Defendant's custody is continued by the court. |
| | Government informs the court that it intends to turn plea agreement over to co-defendants |
| | Defendant objects.  Court to issue a protective order. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |