```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
     v.                         )   Cr. No. 05-10075-MLW
                                )
OMAR GONZALEZ                   )
```

ORDER

WOLF, D.J.                                      December 6, 2005

For the reasons described in detail in court on December 6, 2005, it is hereby ORDERED that:

1. Omar Gonzalez's plea agreement with the government is subject to the following restrictions. See Fed. R. Crim. P. 16(d); Alderman v. United States, 394 U.S. 165, 184 (1969); United States v. United States Dist. Court for the Eastern Dist. of Michigan, 407 U.S. 297, 324 (1972); United States v. Amodeo, 71 F.3d 1044, 1048 (2d Cir. 1995); Morgan v. United States, 923 F.2d 195, 197 n. 2 (D.C.Cir.1991).

a) The plea agreement and information it contains shall be disclosed only to: (1) counsel for the government and the individuals necessary to assist them in this case; and (ii) counsel for each defendant, the defendants, and the individuals necessary to assist their counsel in this case. Each of the foregoing is an "Authorized Individual" for the purpose of this Order.

b) The plea agreement and information it contains shall be used by each Authorized Individual solely for the purpose of

litigating matters in this case. Each Authorized Individual shall not divulge the documents and information they contain to anyone who is not an Authorized Individual.

    c) Submissions to the court referring to the plea agreement or information contained therein shall be filed (i) at least temporarily under seal, and (ii) with a proposed redacted version to be made, upon order of the court, part of the public record if the complete document is not unsealed.

    d) Each Authorized Individual shall file, under seal, a statement under oath representing that he or she has read this Order and recognizes that a willful violation of it may be deemed a civil and/or criminal contempt.

    2. Each copy of the plea agreement shall contain a unique number, which shall appear on each page of the agreement.

    3. The plea agreement is otherwise SEALED.

    4. If a transcript of the December 6, 2005, hearing is prepared, it shall be SEALED. If unsealing the transcript is appropriate, the court will first notify counsel for the defendant.

                                        /s/ MARK L. WOLF
                                        UNITED STATES DISTRICT JUDGE