UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CRIMINAL NO. 05-10075-MLW |
| ) | |
| **RAFAEL GONZALEZ,** ) | |
| **JUAN JOSE RODRIGUEZ, and** ) | |
| **OMAR GONZALEZ** ) | |

## MOTION TO UNSEAL

The United States respectfully moves this Court to unseal the report referenced at Docket Entry No. 73 in this case for the limited purpose of enabling the government to make disclosure pursuant to Local Rule 116.2.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                By:   /s/Robert E. Richardson
                      Robert E. Richardson
                      Assistant U.S. Attorney