**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                          )
UNITED STATES OF AMERICA     )
                                          )
            v.                            )                    CR: 05-10075-MLW
                                          )
OMAR GONZALEZ                    )
_____)


**DEFENDANT OMAR GONZALEZ' MOTION TO CONTINUE SENTENCING FOR
TEN DAYS FROM FRIDAY APRIL 7, 2006 TO MONDAY APRIL 17, 2006
WITH CORRESPONDING EXTENTIONS OF TIME FOR OTHER RELEVANT
FILINGS**


        Now comes Omar Gonzales through court-appointed counsel and moves
to continue sentencing from Friday April 7, 2006 to Monday, April 17, 2006 or
thereafter with corresponding extensions of time for filing dates backward from
any new sentencing date that is set

        All for the reasons that:

        a)  counsel has been involved in a jury trial in
            U.S. v. Paul J. DeCologero, et al CR: 01-10373 in Judge
            Zobel's court since January 9, 2006;
        b)  the defense case has begun, and Judge Zobel has estimated to the
            jury that they will get the case probably Monday , February 13,
            2006;
        c)  an initial review of the Presentence Report reflects that counsel
            does not have a number of documents that the Probation
            Department has and that defense counsel has documents that the
            Probation Department does not have;
        d)  time is needed to review whatever documents Probation is willing
            to make available for counsel's inspection and time is needed to
            cull from voluminous defense files relevant documents that
            Probation does not have; and

e)  in order to adequately respond to the Presentence Report and meet Plea Agreement deadlines for filings of motions as well as to adequately prepare a Sentencing Memorandum, an extension of the sentencing date by ten  (10) days from April 7, 2006 to April 17, 2006 or thereafter with corresponding extensions of time for related filing dates backward from any new sentencing date is sorely needed.

                              Respectfully submitted,
                              Omar Gonzalez
                              By his attorney,

                                  /s/   John Wall
                              John Wall
                              BBO # 513300
                              One Commercial Wharf West
                              Boston, MA 02110
                              (Tel):  617 742-7996
                              (Fax): 617 742-8604

Dated: Sunday, March 5, 2006


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on Sunday , March 5, 2006.

                              /s/JohnWall
                              John Wall