UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                    **CRIMINAL CASE**

                                     **NO. 05-10075-MLW**
         V.

**OMAR GONZALEZ**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **SENTENCING HEARING** scheduled for **APRIL 20, 2006** at **3:00 P.M.** has been **CANCELLED.**

                                     SARAH A. THORNTON
                                     CLERK OF COURT

**April 17, 2006**          By:   **/s/ Dennis O'Leary**
     Date                          **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                    [ntchrgcnf.]
                                            [kntchrgcnf.]