UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                 **CRIMINAL CASE**

                                                     **NO.** <u>05-10075-MLW</u>

                 **V.**

<u>**OMAR GONZALEZ**</u>
         **Defendant(s)**

## <u>NOTICE OF HEARING</u>

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on <u>MAY 23, 2006</u> at 2:30 P.M. before Chief Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

                                                  SARAH A. THORNTON
                                                  CLERK OF COURT

<u>May 11, 2006</u>                         By:   <u>/s/ Dennis O'Leary</u>
     Date                                          **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                          [ntchrgcnf.]
                                                         [kntchrgcnf.]