UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA    )
                                    )
       v.                           )       CR: 05-10075-MLW
                                    )
OMAR GONZALEZ              )
_____)

## DEFENDANT OMAR GONZALEZ' SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

The Defendant has argued that his prior criminal record has not been and cannot be properly proven by reference to the submitted California records. The Ninth Circuit recently held that a defendant could not use similar minute orders to prove that a prior conviction was treated as a misdemeanor. *United States v. Diaz-Argueta*, 2006 U.S. App. LEXIS 12034 (9th Cir. No. 05-10224, May 16, 2006).

                                    Respectfully submitted,
                                    Omar Gonzalez
                                    By his attorney,

                                    _/s/ John Wall _____
                                    John Wall
                                    BBO # 513300
                                    One Commercial Wharf West
                                    Boston, MA 02110
                                    (Tel): 617 742-7996
Dated: May 23, 2006                 (Fax): 617 742-8604

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on Wednesday, May 23, 2006.

                                     /s/John Wall
                                    John Wall