UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10075

| United States of America | Omar Gonzalez |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Richardson | John Wall |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

## CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 5/23/06 | Defense counsel asks the court to submit a letter from the defendant to the court.  Court conducts a colloquy with the defendant.  Court goes over the parties objections to the PSR.  Court marks letter from the defendant as exhibit 1.  Court marks juvenile convictions of the defendant provided by probation collectively as exhibit 2.  Court marks west law printout provided by probation of California law as exhibit 3.  After ruling on the objections to the PSR the court calculates the guidelines to be TOL 29, CH III, 108-135 months custody, 48-60 months supervised release, $15K - $6 million fine and $300 special assessment fee.  Government recommends a sentence of 60 months custody.  Defendant seeks a sentence of 24 months.  Defendant declines to address the court.  Court grants the governments motion for downward departure under 5K1. Formal sentencing - 30 months custody, 48 months supervised release on the standard conditions plus the conditions detailed in court.  Court does not impose a fine but does impose the mandatory $300 special assessment fee.  Right to appeal and to counsel given.  Governments ask the court to note its objection to the sentence.  Court reprimands the government for not filing the 5k1 motion on time. |