UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.             ) | CRIMINAL NO. 05-10075-MLW |
| ) | |
| **OMAR GONZALEZ** ) | |

**GOVERNMENT'S MOTION TO CORRECT SENTENCE**

The government respectfully moves this court, pursuant to Fed. R. Crim. P. 35(a), to correct the sentence of 30 months that the Court pronounced orally on May 23, 2006.

At sentencing, the government moved this Court under U.S.S.G. §5K1.1 to impose a sentence below the level otherwise established by the Federal Sentencing Guidelines to reflect the defendant's substantial assistance. The government did not, however, move under 18 U.S.C. § 3553(e) for a sentence below any statutory minimum. Due to the weights of the controlled substances involved in the offenses of conviction (more than 100 grams of heroin and more than 500 grams of cocaine), the defendant is subject to a mandatory minimum term of imprisonment of five years. 21 U.S.C. § 841(b)(1)(B). In Melendez v. United States, 518 U.S. 120 (1996), a case in which the government filed a 5K1.1 motion but not a motion under § 3553(e), the Supreme Court held that a government motion under U.S.S.G. §5K1.1 does not authorize a sentence below a statutory minimum, and that authority to impose a sentence below a statutory minimum based on a defendant's substantial assistance exists only where the government moves under 18 U.S.C. § 3553(e).

Since the government did not so move here, the government respectfully moves this Court pursuant to Fed. R. Crim. P. 35(a) to correct the defendant's sentence to reflect a sentence of 60 months.  Cf. United States v. Goldman, 41 F.3d 785 (1st Cir. 1994)(recognizing appropriate use of Fed. R. Crim. P. 35 to correct career offender sentence where range calculated at initial sentencing hearing was too low based on mistake regarding statutory maximum).

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/Robert E. Richardson
     ROBERT E. RICHARDSON
     Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 30, 2006.

    /s/Robert E. Richardson
    ROBERT E. RICHARDSON