UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10075-MLW |
| | ) | |
| **OMAR GONZALEZ** | ) | |

**NOTICE RE: MOTION TO CORRECT SENTENCE**

The government previously moved this court, pursuant to Fed. R. Crim. P. 35(a), to correct the sentence of 30 months that the Court pronounced orally on May 23, 2006. Although the motion was timely filed, the government agrees with the defendant that any correction pursuant to this Rule must be within seven days after sentencing (excluding Saturdays, Sundays, and legal holidays, <u>see</u> Fed. R. Crim. P. 45(a)(2)). The government accordingly agrees that the defendant's sentence cannot now be changed (except on remand from the First Circuit), and respectfully asks that this Court enter judgment.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: <u>/s/Robert E. Richardson</u>
    ROBERT E. RICHARDSON
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 30, 2006.

                                          /s/Robert E. Richardson
                                          ROBERT E. RICHARDSON