UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>**OMAR GONZALEZ** )<br>    **Defendant** ) | **Criminal No. 05-10075-MLW** |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Wolf, CJ) on the defendant Omar Gonzalez on May 23, 2006, and from the resulting Judgment in a Criminal Case (entered on the docket on July 3, 2007).

                                                                       Respectfully submitted,

                                                                       MICHAEL J. SULLIVAN
                                                                       United States Attorney

                                    By:    /s/ James Lang
                                                   JAMES LANG
                                                   Assistant U.S. Attorney

Certificate of Service

I hereby certify that on August 1, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                          /s/ James Lang
                                                        JAMES LANG
                                                       Assistant U.S. Attorney