# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
)
UNITED STATES OF AMERICA )
)
v. ) CR: 05-10075-MLW
)
OMAR GONZALEZ )
_____)

## OMAR GONZALEZ'S FURTHER RENEWED MOTION FOR DISCOVERY AND AN EVIDENTIARY HEARING

Defendant Omar Gonzalez renews his motions for an evidentiary hearing (Docket 121 and 127) .and his Renewed Motion for Evidentiary Hearing (Docket 134) in response to Government motions to impose a mandatory minimum 5 year sentence (Docket 120 and 126)

The Government has appealed from the refusal of this Court to impose a mandatory minimum 5 year sentence. The Defendant needs the requested discovery (e.g. copies of evolving versions of "approved" plea agreement language) and an evidentiary hearing (evidence as to the incidence and purported reasons for approving 5K motions but not 3553 motions) in order to properly pursue the appeal.

WHEREFOR, a hearing is requested as soon as practicable.

                                      Respectfully submitted,
                                      Omar Gonzalez
                                      By his attorney,
                                      /s/ John Wall
                                      John Wall
                                      BBO # 513300
                                      One Commercial Wharf West
                                      Boston, MA 02110
                                      (Tel): 617 742-7096
Dated: August 5, 2007                (Fax): 617 742-8604

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).
                                ___/s/ John Wall___
                                  John Wall