UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
            v.                      )     CR: 05-10075-MLW
                                    )
OMAR GONZALEZ                       )
_____)


## OMAR GONZALEZ'S NOTICE OF APPEAL

Defendant Omar Gonzalez hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the sentence and from the judgment entered in this action on July 3, 2007. This cross-appeal is timely because it is filed within 10 days of the Government's filing of its Notice of Appeal (Docket # 136) on August 1, 2007.

                                Respectfully submitted,
                                Omar Gonzalez
                                By his attorney,
                                /s/ John Wall
                                John Wall
                                BBO # 513300
                                One Commercial Wharf West
                                Boston, MA 02110
                                (Tel): 617 742-7096
Dated: August 6, 2007           (Fax): 617 742-8604


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

              /s/ John Wall
                John Wall