*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USDC Docket Number : 05-cr-10075

United States of America

v.

Omar Gonzalez

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

NOA #139

and contained in NOA #139 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/6/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 29, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __8/29/07__.

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06