*(handwritten: -10075, USDCMA, Judge Wolf)*

# United States Court of Appeals

## For the First Circuit

No. 07-2343

UNITED STATES,

Appellant,

v.

OMAR GONZALEZ,

Defendant - Appellee.

**JUDGMENT**

Entered: September 17, 2007

Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/17/07

By: **AMY B. LEDE**
Appeals Attorney

[cc: Robert Richardson, AUSA, James Francis Long, AUSA, Dina Michael Chaitowitz, AUSA, John Wall, Esq.]