## UNITED STATES DISTRICT COURT OF APPEALS
## FOR THE FIRST CIRCUIT DISTRICT OF MASSACHUSETTS

_____
)
UNITED STATES OF AMERICA    )
    Appellee    )
        v.    )    Appeals No.    07-2344
)
OMAR GONZALEZ    )
    Defendant Appellant    )
_____ )

## WITHDRAWAL OF APPEAL

    Now comes Defendant Omar Gonzalez and moves this Court to enter an order dismissing the above-captioned appeal.

                      Respectfully submitted,
                      Omar Gonzalez
                      By his attorney,

                      /s/ John Wall
                      John Wall
                      BBO # 513300
                      One Commercial Wharf West
                      Boston, MA 02110
                      (Tel): 617 742-7096
Dated: September 14, 2007      (Fax): 617 742-8604


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).
                      /s/ John Wall
                      John Wall