05-10075
USDC/MA
Wolf, M.

# United States Court of Appeals
## For the First Circuit

No. 07-2344

UNITED STATES,

Appellee,

v.

OMAR GONZALEZ,

Defendant - Appellant.

**JUDGMENT**
Entered: November 28, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's Consent to Dismissal, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By_____
Appeals Attorney

[cc: Robert E. Richardson, AUSA, James F. Lang, AUSA, Dina M. Chaitowitz, AUSA, John E. Wall, Esq., Omar Gonzalez]