| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 05-10075 |
|---|---|---|
| **TRANSFER OF JURISDICTION** 05-CR-10075-MLW | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Omar Gonzalez ~~[redacted]~~ Santa Fe Springs, CA 90670 | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Criminal, D/MA, Boston |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Mark L. Wolf | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/23/07 — TO 8/22/2011 |

**OFFENSE**

Conspiracy to Import Heroin and Cocaine, 21 USC §963
Illegal Importation of Heroin, 21 USC §952(a)
Illegal Importation of Cocaine, 21 USC §952(a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the The Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Dec. 12, 2007                    /s/ Alexander F. Way
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR The Central District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 11, 2008                    ALICEMARIE H. STOTLER
Effective Date              Chief   United States District Judge



FILED
CLERK, U.S. DISTRICT COURT
JAN 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY